UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20289-CR-KING/BANDSTRA

UNITED STATES OF AMERICA,

vs.

SUSANA MONTERO BADILLA,

        Defendant.
_____/

## ORDER MODIFYING ORDER PLACING DEFENDANT ON PRETRIAL DIVERSION

This cause is before the Court upon the motion by the United States to modify the Court's order of July 2, 2009, placing the defendant on pretrial diversion. This Court being fully advised as to the government's motion as well as the facts and circumstances surrounding the agreement for pretrial diversion, it is

ORDERED AND ADJUDGED that the defendant remains on pretrial diversion as of July 2, 2009, subject to the terms and conditions set forth in the Agreement for Pretrial Diversion. Furthermore, the information filed by the government remains in effect during the period of pretrial diversion until either (1) the Court grants a motion by the government to dismiss the information; or (2) the case is otherwise prosecuted to its conclusion.

DONE and ORDERED at Miami, Florida this 28 day of July, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    Walter Reynoso, Esq.
       Aimee Jimenez, AUSA
       Pretrial Services